IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
MAR 26 2013
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____ Deputy Clerk

LARRY DON WESLEY MAYNARD, )
)
Petitioner, )
)
v. ) No. CIV 13-027-RAW-KEW
)
JERRY CHRISMAN, )
Interim Warden, )
)
Respondent. )

## OPINION AND ORDER
## DENYING MOTION FOR APPOINTMENT OF COUNSEL

Petitioner has filed a motion requesting the court to appoint counsel. He bears the burden of convincing the court that his claim has sufficient merit to warrant appointment of counsel. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). Petitioner alleges he has had a long history of mental illness since he was a teenager. In 1987 he was determined to be mentally ill by the Social Security Administration, and in 2002, the United States District Court for the Northern District of Oklahoma found he was incompetent at that time. All of his supporting exhibits are more than ten years old.

The court has carefully reviewed the merits of petitioner's claim, the nature of factual issues raised in his allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering petitioner's ability to present his claims and the complexity of the legal issues raised by the claims, the court finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *See also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

**ACCORDINGLY,** petitioner's motion [Docket No. 5] is DENIED.

IT IS SO ORDERED this 26th day of March 2013.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE